HAROLD R. SCHAFFNER, an Infant, by GEORGE SCHAFFNER, His Guardian ad Litem, Respondent, *v.* THE NEW YORK, NEW HAVEN AND HARTFORD RAILROAD COMPANY, Appellant.

*Schaffner* v. *N. Y., N. H. & Hartford R. R. Co.*, 137 App. Div. 941, affirmed.
(Argued January 17, 1912; decided February 2, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department,

entered May 4, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Hugh A. Bayne* and *Charles M. Sheafe, Jr.,* for appellant.

*Frank E. Carstarphen, Martin J. Earley* and *Martin J. Earley, Jr.,* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: GRAY, HAIGHT, VANN and WERNER, JJ. Dissenting: CULLEN, Ch. J., HISCOCK and COLLIN, JJ.